DEFENDANT: Roy Keith Neskahi

YOB: 1974

COMPLAINT FILED? ____ Yes __x__ No

OFFENSES: COUNTS 1: 21 U.S.C. § 841(a)(1), (b)(1)(C); Possession with Intent to Distribute a Fentanyl Mixture

LOCAT. OF OFFENSE: La Plata County, Colorado

PENALTY: COUNT 1: NMT twenty (20) years imprisonment, a $1,000,000 fine or both, a term of supervised release of NMT three (3) years, and a $100 special assessment fee.

AGENT: SA Walt Stauffer, HSI

AUTH. BY: Jeffrey K. Graves, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less   ____ over five days   ____ other

THE GOVERNMENT

__x__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and (f)(2)

____ will not seek detention

The statutory presumption of detention **is applicable to this defendant (18 U.S.C. 3142(e)(3)(A))**

OCDETF CASE: ____ Yes __X__ No